IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00248-RPM

VISTA GAMING CORP.,

 Plaintiff,

vs.

QUEST ENTERTAINMENT, INC.,

   Defendant.

---

### ORDER DENYING MOTION FOR PROTECTIVE ORDER

---

 Upon consideration of the Joint Motion for Protective Order Regarding Confidential Information (Doc. #9) filed today, it is

 ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

 Dated: May 31st, 2007

         BY THE COURT:

         s/Richard P. Matsch
         _____
         Richard P. Matsch, Senior District Judge