IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00248-RPM

VISTA GAMING CORP.,

     Plaintiff,

vs.

QUEST ENTERTAINMENT, INC.,

     Defendant.

## ORDER OF DISMISSAL

     Pursuant to the Joint Motion to Dismiss with Prejudice (Doc. #11), filed on this day, it is

     ORDERED that all Plaintiff's claims against Defendant are dismissed with prejudice, each party to bear their respective costs and attorney fees.

     Dated: June 7th, 2007

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge